UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

LADELL THOMAS                                    CIVIL ACTION NO.

                                                 SECTION

versus                                           JUDGE

TIDEWATER, INC.                                  MAGISTRATE

**<u>NOTICE OF REMOVAL</u>**

TO THE HONORABLE JUDGES OF SAID COURT:

NOW INTO COURT, through undersigned counsel, come Defendants Vermillion Fleet Limited ("Vermillion Fleet") and Tidewater De Mexico S. de R.L. de C.V. ("Tidewater de Mexico"), sometimes referred to hereinafter collectively as the "Defendants," incorrectly named in the Petition for Damages as "Tidewater, Inc.," and remove this civil action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §1441(b).

1.

Plaintiff Ladell Thomas ("Plaintiff") filed a Petition in the Civil District Court for the Parish of Orleans, State of Louisiana against Tidewater Inc. as the owner and/or operator of the M/V LOVING TIDE.  A copy of the Petition and all filings in the state court are attached, *in globo*, as Exhibit "1".  Exhibit "1" includes true and correct copies of all process, pleadings, and orders found as of this filing in the Civil District Court record, as required by 28 U.S.C. § 1446(a).  A copy of the notice to the state court of this removal is attached as Exhibit "2."  A copy of the notice to parties of this removal is attached as Exhibit "3."

2.

Pertinent information regarding the parties in this case, their counsel, and the state court are as follows:

a.      Plaintiff is represented by:

        Berney L. Strauss
        Rhett E. King
        Strauss & King, APLC
        406 Magazine Street, Suite 300
        New Orleans, Louisiana  70130
        Telephone:    (504) 523-0033

b.      Defendants are represented by:

        Miles P. Clements (4184)
        Joseph E. Lee III (26968)
        Brandon K. Thibodeaux (32725)
        Frilot L.L.C.
        3700 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163-3700
        Telephone:    (504) 599-8000
        Facsimile:    (504) 599-8100
        E-Mail:       mclements@frilot.com
                      jlee@frilot.com
                      bthibodeaux@frilot.com

c.      The case is being removed from the Civil District Court for the Parish of Orleans, State of Louisiana, which is located at:

        Clerk of Court – Civil District Court
        421 Loyola Avenue, Room 402
        New Orleans, Louisiana 70112
        Telephone:    (504) 407-0000

d.      The case is pending before:

        The Hon. Ethel S. Julien
        Division "N" - Section 8
        421 Loyola Avenue, Room 312
        New Orleans, LA  70112
        Telephone:    (504) 407-0330

3.

The suit was filed on July 28, 2014. Tidewater, Inc. was served on August 4, 2014. Vermillion Fleet and Tidewater de Mexico have never been served, and reserve all defenses including those as to service. This notice of removal has been filed within thirty (30) days after service on Tidewater, Inc., of a copy of a pleading, motion, order, or other paper from which it may first be ascertained that the cause is one which is or has become removable, as allowed by 28 U.S.C. § 1446(b). The Defendants expressly reserve any and all defenses they may have, now or in the future, as to the merits of the claims asserted in the Petition, the lack or insufficiency of service, process, venue, or jurisdiction, and waive none of the aforesaid defenses by filing this Notice of Removal.

4.

Removal is proper under 28 U.S.C. § 1441(b), as there is complete diversity between Plaintiff and the proper Defendants and the jurisdictional amount in controversy is satisfied on the basis of the Plaintiff's allegations as to damages.

5.

The Plaintiff is a citizen and domiciliary of the State of Louisiana. *See* Petition for Damages, ¶ II.

6.

The Plaintiff has alleged that Tidewater, Inc. was the owner and/or operator of the M/V LOVING TIDE or controlled the vessel. *See* Petition for Damages, at ¶ V. The Defendants would show that Tidewater, Inc. neither owned, operated, nor controlled the M/V LOVING TIDE, but rather that said vessel was at all times pertinent owned by Vermillion Fleet and

operated by Tidewater de Mexico, so that Tidewater, Inc. is improperly joined and its citizenship must be disregarded for purposes of determining the citizenship of the proper parties hereto.

7.

Defendant Vermillion Fleet is a Cayman Islands limited company with no principal place of business.  It is owned 100% by Tidewater Marine International, Inc., a Cayman Islands limited company with no principal place of business

8.

Defendant Tidewater de Mexico is a Mexican limited liability company.  Tidewater Mexico Holdings, L.L.C., a Delaware limited liability company, owns 100% of "N" shares and 100% of "B" shares of Tidewater de Mexico.  Tidewater Mexico Holdings, L.L.C., is 100% owned by Java Boat Corporation B.V., a Netherlands entity.  Java Boat Corporation B.V. is in turn 100% owned by Tidewater Dutch Holdings Cooperatief, U.A., a Netherlands entity. Tidewater Dutch Holdings Cooperatief, U.A. is in turn owned by Tidewater Marine International, Inc., a Cayman Islands entity, and Pan Marine International, Inc., a Cayman Islands entity.  The Estate of Thomas Skipsey, a domiciliary of Ciudad del Carmen, owns 100% of "A" shares of Tidewater de Mexico.

9.

The Defendants deny any liability to the Plaintiff, and deny that the Plaintiff has sustained any compensable damages for which the Defendants may be liable.  Nonetheless, the Defendants submit that the Plaintiff has put in controversy alleged damages that meet or exceed the $75,000.00 jurisdictional requirement, having alleged damages to his lower back resulting in alleged past, present, and future pain and suffering; past, present, and future mental anguish and emotional distress; past, present, and future medical expenses; permanent disability;

disfigurement; lost wages and loss of earning capacity; and loss of enjoyment of life. *See* Petition for Damages, at ¶¶ VII, VIII.

10.

Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a), as the District Court for the Eastern District of Louisiana is the district in which the State Court Action is pending.

11.

Defendants have paid the required filing fee.

12.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal, that to the best of his knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or a good faith argument for the extension modification, or reversal of existing law, and that it is not interposed for any improper purpose.

WHEREFORE, the Defendants hereby remove this action to the United States District Court for the Eastern District of Louisiana.

Respectfully Submitted:

 /s/  Joseph E. Lee III
Miles P. Clements (4184)
Joseph E. Lee III (26968)
Brandon K. Thibodeaux (32725)
Frilot L.L.C.
3700 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3700
Telephone:     (504) 599-8000
Facsimile:      (504) 599-8100
E-Mail:          mclements@frilot.com
                      jlee@frilot.com
                      bthibodeaux@frilot.com
Counsel for Defendants Vermillion Fleet Limited
and Tidewater De Mexico S. de R.L. de C.V.,
improperly named as Tidewater, Inc.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on September 3, 2014.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and by U.S. Mail.

 /s/  Joseph E. Lee III